# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### FORT LAUDERDALE DIVISION

CASE NO.:  26-13381-BKC-CAP

PROCEEDING UNDER CHAPTER 13

**IN RE:**

RANGEL RABELO
XXX-XX-3343
ANNY QUINTERO
XXX-XX-3342

DEBTORS_____/

## NOTICE OF CONTINUED CONFIRMATION HEARING

    **YOU ARE HEREBY NOTIFIED** that the Confirmation Hearing has been continued to <u>July 6, 2026</u> at <u>9:00 AM</u> at the United States Federal Bankruptcy Courthouse, 299 East Broward Boulevard, Room 301, Fort Lauderdale, FL 33301.

**PLEASE TAKE NOTICE** the Court may dismiss the above-referenced case for failure to propose a confirmable plan or for any other reason deemed necessary by the Court without further notice.

    **I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Notice of Continued Confirmation Hearing was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed on the attached service list this 4th day of June, 2026.

*/s/ Robin R. Weiner*_____

ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

NOTICE OF CONTINUED CONFIRMATION HEARING
CASE NO.:  26-13381-BKC-CAP

## SERVICE LIST

**COPIES FURNISHED TO:**

**DEBTORS**
RANGEL RABELO
ANNY QUINTERO
9330 NW 20TH PL
SUNRISE, FL  33322

**ATTORNEY FOR DEBTORS**
JOSE A. BLANCO, ESQUIRE
102 E. 49TH ST.
HIALEAH, FL  33013

**JOSE A. BLANCO, ESQUIRE** IS HEREBY DIRECTED TO MAIL A CONFORMED COPY OF THIS NOTICE TO ALL CREDITORS AND INTERESTED PARTIES IMMEDIATELY UPON RECEIPT THEREOF.